**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-1411
_____

UNITED STATES OF AMERICA

v.

JOHN BRYANT,

Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 06-cr-00838-001)
District Judge:  Honorable Michael M. Baylson

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 28, 2010

Before:  FUENTES, GREENAWAY. JR., AND VAN ANTWERPEN, Circuit Judges

(Opinion filed: July 28, 2010)
_____

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Opinion filed in this case on

July 28, 2010, be amended as follows:

On page 2, fourth line of paragraph one and seventh line of paragraph two;

on page 3, last line of paragraph two; and on page 4, second line of

paragraph one, change the "©" to "(C)".


For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: July 30, 2010
CJG/cc: Bernadette A. McKeon, Esq.
       John Bryant